# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-3396

_____

In re:  INA Manufacturing       *
Corporation, doing business     *
as Deep Draw Manufacturing     *
Company,                     *
                          *
          Debtor,           *
                          *
-----------------------------------------   *
Richard James Hettler,       *
                          *
          Creditor - Appellant,   *
                          *   Appeal from the United States
      v.                   *   District Court for the
                          *   District of Minnesota.
John Stoebner, Trustee,       *
                          *   **[UNPUBLISHED]**
          Trustee - Appellee,     *
-----------------------------------------   *
Richard James Hettler,       *
                          *
          Creditor - Appellant,   *
                          *
      v.                   *
                          *
John Stoebner, Trustee,       *
                          *
          Trustee - Appellee,     *
-----------------------------------------   *
Richard James Hettler,       *
                          *
          Creditor - Appellant,   *

                                              *
            v.                                *
                                              *
John Stoebner, Trustee,                       *
                                              *
            Trustee - Appellee,               *
                                              *
----------------------------------------
Richard James Hettler;                        *
                                              *
            Creditor - Appellant,             *
                                              *
            v.                                *
                                              *
John Stoebner, Trustee;                       *
                                              *
            Trustee - Appellee,               *
                                              *
----------------------------------------
Richard James Hettler;                        *
                                              *
            Creditor - Appellant,             *
                                              *
            v.                                *
                                              *
John R. Stoebner, Trustee;                    *
                                              *
            Trustee - Appellee,               *
                                              *
----------------------------------------
Richard James Hettler;                        *
                                              *
            Creditor - Appellant,             *
                                              *
            v.                                *
                                              *
John Stoebner, being appealed as              *
John A. Stoebner;                             *
                                              *
            Trustee - Appellee,               *

```
-----------------------------------------          *
Richard James Hettler;                             *
                                                   *
            Creditor - Appellant,                  *
                                                   *
    v.                                             *
                                                   *
John R. Stoebner, Trustee                          *
                                                   *
            Trustee - Appellee.                    *
```

                            _____

                Submitted: April 4, 2003
                        Filed: April 10, 2003   **Corrected July 2, 2003**
                            _____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.
                            _____

PER CURIAM.

Richard James Hettler (Hettler) appeals the district court's[1] order affirming seven bankruptcy court[2] orders. Hettler lacks standing to appeal the bankruptcy court's approval of the settlement and dismissal of proceedings in which Hettler was not an aggrieved person. See Russell v. Burris, 146 F.3d 563, 566 (8th Cir. 1998) (standing requires injury, causation, and redressability). Hettler's remaining claims are barred by collateral estoppel, res judicata, or because he asserts only baseless and conclusory allegations of fraud. We discern no clear error of fact or error of law in the bankruptcy court's opinions. See In re Cedar Shore Resort, Inc., 235 F.3d 375, 379 (8th Cir. 2000) (standard of review). Finally, Hettler's contention that Judge

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

[2]The Honorable Dennis D. O'Brien, United States Bankruptcy Judge for the District of Minnesota.

Montgomery should be recused because she presided over cases involving parties to the underlying claims is specious.  Finding no error, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.